# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHNATHAN HILL, <br><br> Plaintiff, <br><br> v. <br><br> D. DOZER, et al., <br><br> Defendants. | Case No. 1:18-cv-00326-LJO-EPG (PC) <br><br> ORDER DIRECTING THE CLERK OF COURT TO CLOSE THE CASE <br><br> (ECF NO. 13) |

On May 14, 2018, Plaintiff filed a motion to dismiss this case without prejudice and to shorten time (ECF No. 13), which the Court construes as a notice of voluntary dismissal. In light of the dismissal, this action has been terminated, Fed. R. Civ. P. 41(a)(1)(A)(i); Wilson v. City of San Jose, 111 F.3d 688, 692 (9th Cir. 1997), and has been dismissed without prejudice. Accordingly, the Clerk of Court is DIRECTED to terminate all pending motions and deadlines and close this case.

IT IS SO ORDERED.

Dated: **May 16, 2018**  /s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE